**Tito Meza TRUJILLO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–76263.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed March 1, 2007.

Nathan M. Zaslow, Esq., Law Office of Nathan M. Zaslow, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Terri J. Scadron, Esq., Robbin K. Blaya, Esq., John S. Stevens Fax, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, FERNANDEZ and McKEOWN, Circuit Judges.

MEMORANDUM **

Tito Meza Trujillo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Meza

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Trujillo failed to show exceptional and extremely unusual hardship. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 929–30 (9th Cir.2005).

We lack jurisdiction to review Meza Trujillo's contention that the IJ denied him a full and fair hearing because he failed to raise that issue before the BIA and thereby failed to exhaust his administrative remedies. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (noting that due process challenges that are "procedural in nature" must be exhausted).

We also lack jurisdiction to review the agency's denial of Meza Trujillo's application for voluntary departure. *See* 8 U.S.C. § 1229c(f); *Gomez–Lopez v. Ashcroft,* 393 F.3d 882, 883–84 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

* This disposition is not appropriate for publication and is not precedent except as provided